EXHIBIT 1

STATE OF INDIANA )
               ) SS:
COUNTY OF FLOYD )

STATE OF INDIANA

VS

COURTNEY D. BACHMANN

IN THE FLOYD SUPERIOR COURT 1

CAUSE NUMBER. 22D01-2510-F5-1794

Filed
Floyd Superior Ct. 1

OCT - 7 2025

Danita Burks
Clerk

## MOTION TO SEAL INFORMATION/AFFIDAVIT

Comes now the State of Indiana, by its Prosecuting Attorney, Jorge Diaz-Guma, for the 52nd Judicial Circuit, and pursuant to IC 35-34-1-1(d) moves to seal the Information/Affidavit in the above styled case, until the Defendant and/or all Co-Defendants is/are arrested or otherwise brought within custody of the Court. In support of said Motion, State of Indiana states as follows:

(1) Attached and filed herewith is an Information/Affidavit charging the Defendant with the crimes of Count 1 - Corrupt Business Influence, Counts 2 and 3 - Money Laundering, Counts 4 - Theft, Counts 5 and 6 - Theft, and Count 7 - Criminal Gang Enhancement.

(2) It is feared that if the Information/Affidavit is not sealed, the Defendant will learn of its existence before he is brought within custody of the Court, and it may exposes law enforcement officers to unnecessary risk.

(3) IC 35-34-1-1 (d) provides that "The Court, upon motion of the prosecuting attorney, may order that the indictment or information be sealed."

(4) WHEREFORE, the State of Indiana respectfully requests that the Information/Affidavit in the above style case be sealed.

Date:

Respectfully submitted,

Jorge Diaz-Guma, #37842-22
Prosecuting Attorney
52nd Judicial Circuit
#249 City-County Building
311 Hauss Square
New Albany, IN 47150