EXHIBIT 2

## Jorge Diaz-Guma

| | |
|---|---|
| **From:** | Denby, Tim <TDenby@isp.IN.gov> |
| **Sent:** | Wednesday, October 15, 2025 3:51 PM |
| **To:** | Jorge Diaz-Guma |
| **Subject:** | Updated Search Warrant |
| **Attachments:** | Floyd County Search Warrant Courtney Bachmann's phone.docx |

Jorge,

Here you go I added Money Laundering, so it is consistent up and down. Please tell Judge Stiller I am sorry for the omissions. I did not add anything about Gang Activity because I don't believe Courtney was part of Menace. Thanks.

**Detective Tim Denby**
**Special Investigations, Organized Crime and Corruption**
**8014 Hwy 311**
**Sellersburg, Indiana 47172**
**Work: 812.246.5424, Fax: 812.246.4245, Cell: 812.968.4304**
**TDenby@isp.IN.gov**



**Statement of Confidentiality: This message is intended only for the individual or entity to which it is sent and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, or the agent responsible for delivering the message to the recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this message in error, please notify the sender immediately and destroy all copies of the original message.**

###This message originated from outside of the Floyd County network (be cautious with links and attachments) ###