EXHIBIT 5

IN THE SUPERIOR COURT NO. 1 FOR FLOYD COUNTY
STATE OF INDIANA

STATE OF INDIANA,
*Plaintiff*

v.

CASE # 22D01-2509-F2-001609

HENRY BACHMANN,
*Defendant*

**FILED**

OCT 0 7 2025

RULE TO SHOW CAUSE

CLERK OF SUPERIOR COURT NO. 1
FLOYD COUNTY

Comes now the Court, having read and considered the Motion for Rule to Show Cause filed by the Defendant, and being duly advised in the premises, hereby finds that such Motion shall be GRANTED.

IT IS, THEREFORE, ORDERED that the State shall appear and show cause as to why the State should not be held in contempt for failing to either return the property so demanded by the Defendant or to file a forfeiture action regarding such property: Fri. 10/10/25 @ 3p

SO ORDERED this date: OCT 07 2025

Judge, Floyd Superior Court No. 1

Tendered by: Mickey K. Weber, #27432-10

COPIES TO: All Counsel of Record